UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JEFFERY WEISE and TAMMY WEISE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 2:11-CV-5 |
| v. ) | *Mattice / Lee* |
| ) | |
| CORELOGIC, INC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court are the motions of Defendants Wells Fargo Insurance Services ("WFIS") and CoreLogic, Inc, ("CoreLogic") to correct misnomers in the pleadings and the docket sheet [Doc. 15 & Doc. 17]. WFIS moves the Court to replace its name with the name "Wells Fargo Insurance, Inc.," and to replace the name Defendant Wells Fargo Home Mortgage with the name "Wells Fargo Home Mortgage, A Division of Wells Fargo Bank, N.A." Similarly, CoreLogic moves the Court to replace its name with the name "CoreLogic Flood Services, LLC."

A hearing was held by telephone on March 8, 2011, at which Defendants appeared by counsel and Plaintiff Tammy Weise appeared *pro se*. Plaintiff Jeffrey Weise neither appeared nor filed a response to the motions and has therefore waived any opposition. Defendants represented that they were not challenging Plaintiffs' service of the complaint, but were merely moving to correct the pleadings and the docket sheet to state the names of the entities for whom they have appeared. Plaintiff Tammy Weise assented to the relief requested.

Accordingly, pursuant to Fed. R. Civ. P. 16(c)(2)(B), the motions to correct misnomers [Doc. 15 & Doc. 17] are **GRANTED**. The pleadings already filed are hereby **DEEMED** to refer to the

correct entities, and the Clerk is **DIRECTED** to amend the caption of this matter on the docket sheet as follows:

    (1)    Replace the name of Defendant Wells Fargo Insurance Services with "Wells Fargo Insurance, Inc.";

    (2)    Replace the name of Defendant Wells Fargo Home Mortgage with "Wells Fargo Home Mortgage, A Division of Wells Fargo Bank, N.A."; and

    (3)    Replace the name of Defendant CoreLogic, Inc., with "CoreLogic Flood Services, LLC."

SO ORDERED.

ENTER:

                              s/ *Susan K. Lee*
                              SUSAN K. LEE
                              UNITED STATES MAGISTRATE JUDGE